KATHERINE CORCORAN HERNE, Individually and as Executrix
of JAMES A. HERNE, Deceased, Respondent, *v.* THEODORE
A. LIEBLER et al., Composing the Firm of LIEBLER AND
COMPANY, Appellants.

*Herne* v. *Liebler*, 84 App. Div. 641, affirmed.
(Argued April 4, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
11, 1903, affirming a judgment in favor of plaintiff entered
upon a verdict directed by the court.

*Howe & Hummel* for appellants.

*Max D. Josephson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN, CULLEN and WERNER, JJ.